UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) and WAGE AND HOUR LITIGATION

        Master File No. 14-MD-2504        JUDGE HEYBURN
        MDL No. 2504

    THIS DOCUMENT RELATES TO:
        <u>Rosenthal, et al. v. Amazon.com, Inc., et al.</u>, 3:14-cv-00208-JGH
        <u>Davis, et al. v. Amazon.com, Inc., et al.</u>, 3:14-cv-00150-JGH
        <u>Gibson, et al. v. Amazon.com, Inc., et al.</u>, 3:14-cv-00215-JGH
        <u>Hernandez, et al. v. Amazon.com, Inc, et. al.</u>, 3:14-cv-00210-JGH

### <u>STIPULATION OF DISMISSAL</u>

**NOW**, this 12th day of February, 2015, **IT IS HEREBY STIPULATED** that the above-referenced **ROSENTHAL**, **DAVIS**, **GIBSON**, and **HERNANDEZ** actions are **DISMISSED IN THEIR ENTIRETY**, with the parties bearing their own costs. This dismissal is **with prejudice** as to the Fair Labor Standards Act ("FLSA") claims of the Originating and Opt-In Plaintiffs and **without prejudice** as to any state law claims that may be asserted in some other or future action. The Clerk of Court shall mark these four actions **CLOSED**.

| FOR DEFENDANTS: | FOR THE <u>ROSENTHAL</u>, <u>DAVIS</u>, <u>GIBSON</u>, AND <u>HERNANDEZ</u> PLAINTIFFS: |
|---|---|
| /s/ Richard G. Rosenblatt | |
| MORGAN, LEWIS & BOCKIUS LLP | |
| Richard G. Rosenblatt | /s/ Peter Winebrake |
| Joseph A. Nuccio | Peter Winebrake, Esq. |
| 502 Carnegie Center | Winebrake & Santillo, LLC |
| Princeton, NJ 08540 | Twining Office Center, Suite 211 |
| | 715 Twining Road |
| Rebecca D. Eisen | Dresher, PA 19025 |
| Theresa Mak | |
| One Market, Spear Street Tower | /s/ David Garrison |
| San Francisco, CA 94105 | David Garrison, Esq. |
| | Barrett Johnston Martin & Garrison LLC |
| | 414 Union Street, Suite 900 |

1

DINSMORE & SHOHL LLP  
Kathryn A. Quesenberry  
101 South 5th Street, Suite 2500  
Louisville, KY 40202

Nashville, TN 37219

Attorneys for Defendants  
Amazon.com, Inc., Amazon.com.DEDC, LLC,  
and Amazon.com.AZDC, LLC

/s/ Neil M. Alexander  
LITTLER MENDELSON, P.C.  
Neil M. Alexander  
50 West Liberty St., Ste. 400  
Reno, NV 89501

Rick D. Roskelley  
Roger L. Grandgenett  
Cory G. Walker  
Peter D. Navarro  
3960 Howard Hughes Parkway, Suite 300  
Las Vegas, NV 89169

Attorneys for Defendant  
Integrity Staffing Solutions, Inc.

/s/ David R. Ongaro  
THOMPSON & KNIGHT, LLP  
David R. Ongaro  
Amelia D. Winchester  
50 California St., Ste. 3325  
San Francisco, CA 94111

Attorneys for Defendant  
SMX, LLC

      **SO ORDERED** this _____ day of _____, 2015.

                                                    _____  
                                                    HON. JOHN G. HEYBURN II  
                                                    United States District Court